Exhibit 9-3

ELECTRONICALLY FILED
2019 Oct 07 2:38 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL CIRCUIT AT MEMPHIS

| | |
|---|---|
| **ACUMENT GLOBAL TECHNOLOGIES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**MALLINCKRODT ARD, INC., et al**<br><br>Defendants. | **DOCKET NO. CT-2275-19**<br><br>**DIVISION: VII**<br><br>**JURY TRIAL DEMANDED** |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR DONALD E. HAVILAND, JR.

The undersigned counsel for Plaintiff, Acument Global Technologies, moves for permission to appear in the above-styled action *pro hac vice*, in accordance with Tennessee Supreme Court Rule 19, and would show as follows:

1.      Donald E. Haviland, Jr. is an attorney with Haviland Hughes and he is duly licensed to practice law in the State of Pennsylvania and New Jersey.

2.      Donald E. Haviland, Jr. is associated with Daniel Parish, Esq. of Wolff Ardis, P.C., who will participate in the trial of this case. Daniel Parish is a practicing attorney and a member of the State Bar of Tennessee in good standing.  He resides in Tennessee and maintains an office at 5810 Shelby Oaks Drive, Memphis, Tennessee 38134.

3.      As per Tennessee Supreme Court Rule 19, attached as **EXHIBIT A** is the Affidavit of Donald E. Haviland, Jr. containing the information required by Rule 19(d)(1)–(12).

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion for admission of Donald E. Haviland, Jr. *pro hac vice*.

Dated: _____10/7/19_____

Respectfully submitted,

_____

Patrick M. Ardis, Esq. (TN BPR No. 008263)
Daniel V. Parish, Esq. (TN BPR No. 027452)
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
Ph: 901-763-3336
Fax: 901-763-3376
pardis@wolffardis.com
dparish@wolfardis.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on this the 7th day of ____October____, 2019:

Lanie D. Lester
William D. Irvine, Jr.
Nathan A. Bicks
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103

G. Patrick Watson
Lindsay Sklar Johnson
BRYAN CAVE LEIGHTON
PAISNER, LLP
1201 W. Peachtree St., 14th Floor
Atlanta, GA 30309

Eric C. Lyttle
Michael D. Bonanno
Ethan C. Glass
Meghan A. McCaffrey
Michael Lyle
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW
Washington D.C. 20005

Daniel W. Van Horn
Katryn K. Van Namen
Diana M. Comes
BUTLER SNOW LLP
6075 Poplar Ave., 5th Floor
Memphis, TN 38119

Herbert R. Giorgio,Jr.
BRYAN CAVE LEIGHTON
PAISNER, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Bill Dillon
Daniel B. Brown
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Daniel V. Parish, Esq.

ELECTRONICALLY FILED
2019 Oct 07 2:38 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL CIRCUIT AT MEMPHIS

| | |
|---|---|
| **ACUMENT GLOBAL TECHNOLOGIES, INC.**<br><br>Plaintiff,<br>v.<br><br>**MALLINCKRODT ARD, INC., et al**<br><br>Defendants. | **DOCKET NO. <u>CT-2275-19</u>**<br><br>**DIVISION: VII**<br><br>**JURY TRIAL DEMANDED** |

STATE OF PENNSYLVANIA

COUNTY OF MONTGOMERY

### <u>AFFIDAVIT OF DONALD E. HAVILAND, JR., ESQ.</u>

Before me, the undersigned, personally appeared Donald E. Haviland, Jr., Esq. who after being duly sworn makes oath and states as follows:

1.      My full name is Donald Edward Haviland, Jr. My residence address is: 314 Whitemarsh Valley Road, Fort Washington, Pennsylvania 19034. I am the managing member of the law firm Haviland Hughes, located at 201 S. Maple Way, Suite 110, Ambler, Pennsylvania 19002. My email address is haviland@havilandhughes.com and my telephone number is 215-609-4661.

2.      I seek to represent the Plaintiff, Acument Global Technologies, Inc. in the above-referenced matter. I have been engaged to represent this client since November 2017, and previously represented this client in related litigation filed in federal court, in the Northern District of Illinois.

3.      I am licensed to practice law in the Commonwealth of Pennsylvania, date of admission December 17, 1992 (Attorney Id. No.: 66615) and the state of New Jersey, admitted in 1994, (Attorney Id. No.: 051581994).

4.      I am additionally licensed to practice before the United States District Court for the Eastern District of Pennsylvania, admitted in 1993, United States District Court of New Jersey, admitted in 1994, United States Court of Appeals for the Third Circuit, admitted in 1995, United States District Court of Wisconsin, admitted in 2001, United States Court of Appeals for the First Circuit, admitted in 2004, United States Court of Appeals for the Sixth Circuit in 2010 and United States Court of Appeals for the Ninth Circuit in 2016.

5.      I am in good standing in all jurisdictions in which I am licensed to practice law.

6.      I have not been denied admission *pro hac vice,* nor have I had an admission *pro hac vice* revoked by any court in any jurisdiction.

7.      I have not been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Tennessee, or by any similar lawyer disciplinary agency in any jurisdiction in the last ten years.  However, in July 2013, I was sanctioned in the amount of $2,500 by the District of New Jersey in a case in which I was a plaintiff against my former law firm in a dispute over the payment of attorney's fees and costs relating to certain cases in which my former law firm asked me to assume the continuing representation of the clients.  The Court's July 25, 2013 Order is attached hereto in the matter of *Donald E. Haviland, Jr., et. al. v. Shanin Specter, et al*, Civil Action No. 12-05580(FLW), D.N.J.[1]

---

[1] In accordance with Tennessee Supreme Court Rule 19(d)(6), a "full description of the circumstances" is set forth in part in the attached Order, which describes the basis for my former law firm insisting on sanctions after the voluntary *dismissal* of the federal court lawsuit filed against it, as well as in the longstanding state-court arbitration filed in 2006 by the law firm against me, where I have pursued claims dismissed in the federal lawsuit.  The record in that arbitration, which continues today, details the "circumstances" of the lingering dispute between the parties, including my successful appeal of a separate, baseless allegation of "fraud" by the law firm.  *See Kline & Specter,*

8.    There are no disciplinary actions or investigations concerning my conduct as a lawyer pending before the Board of Professional Responsibility of the Supreme Court of Tennessee, before any similar lawyer disciplinary agency in any jurisdiction, or before any similar lawyer disciplinary authority.

9.    I am familiar with the Tennessee Rules of Professional Conduct and the rules governing the proceedings of the Circuit Court of Shelby County, Tennessee.

10.    I consent to the disciplinary jurisdiction of the Board of Professional Responsibility of the Supreme Court of Tennessee and the courts of Tennessee in any matter arising out of my conduct as a lawyer in the above-captioned matter.  I agree to be bound by the Tennessee Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted in Tennessee.

11.    I am associated with Patrick M. Ardis, Esq. (TN BPR No. 008263) and Daniel V. Parish, Esq. (TN BPR No. 027452) of the law firm of Wolff Ardis, P.C. located at 5810 Shelby Oaks Drive, Memphis, TN 38134.  Their phone number is 901-763-3336.

12.    I have paid all fees required by this Rule in connection with the Motion for Admission.

13.    Service of the *pro hac vice* motion and all associated papers witll be made upon all counsel of record in this action and upon the Board of Professional Responsibility of the Supreme Court of Tennessee.

---

*PC, v. Haviland*, 2014 Pa. Super. Unpub. LEXIS 2313, 108 A.3d 120, at *5, 28, 30 (Pa. Super. Ct. 2014)("K&S alleged that Haviland perpetrated a fraud on the panel by providing false information about the fees that he had received.... Here, contrary to the trial court's finding, K&S has not demonstrated that Haviland committed fraud. ...[T]here was no evidence of fraud or any justification for re-opening the arbitration proceedings.")

I declare under penalty of perjury that the foregoing is true and correct.

_____
Donald E. Haviland, Jr., Esq.
*Pro Hac Vice* Applicant

Sworn to and subscribed before me this 3ʳᵈ day of _October_, 2019.

_____
Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Stephanie A. Dise, Notary Public
Ambler Boro, Montgomery County
My Commission Expires April 23, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

4



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Donald E. Haviland Jr., Esq.

**DATE OF ADMISSION**

*December 17, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 19, 2019**

Patricia A. Johnson
Chief Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

—————————————————————— :
                                                :
DONALD E. HAVILAND, Jr., et al.,                :
                                                :
                              Plaintiffs,       :        Civil Action No. 12-05580(FLW)
                                                :
        v.                                      :
                                                :        **AMENDED ORDER**
                                                :
SHANIN SPECTER, et al.,                         :
                                                :
                              Defendants.       :
                                                :
—————————————————————— :

        This matter having been opened to the Court by Stephen M. Orlofsky, Esq., counsel for

Defendants, Shanin Specter, Thomas R. Kline, Kline & Specter, P.C., and Kline & Specter

(collectively "Defendants") on a Motion to Dismiss and for Sanctions, in which Defendants

requested that this Court sanction Plaintiffs, Donald E. Haviland, Jr., The Haviland Law Firm,

LLC., and Haviland & Hughes, LLC. (collectively, "Plaintiffs"), under 28 U.S.C. § 1927 and the

Court's inherent power; it appearing that the Motion to Dismiss has been rendered moot by

Plaintiffs' voluntary dismissal; it appearing that Defendants subsequently wrote a letter to this

Court reiterating their request for the issuance of the sanctions requested in the Motion to

Dismiss; it appearing that Plaintiffs, through their counsel, Mark L. Rhoades, Esq., an attorney

employed by Plaintiffs, oppose the Motion for Sanctions; the Court, having held a hearing on

this matter on July 24, 2013, at which Stephen M. Orlofsky, Esq. and Marshall D. Bilder, Esq.

appeared on behalf of Defendants and Mark L. Rhoades, Esq. appeared on behalf of Plaintiffs; it

appearing that Defendants clarified at the July 24 hearing that they were seeking only sanctions

against Donald E. Haviland, Jr. in his individual capacity, and that they were no longer seeking

sanctions under 28 U.S.C. § 1927, but instead relying exclusively upon the Court's inherent

power; the Court having heard the arguments of the parties on the record, and having found on

the record that Plaintiffs acted in bad faith, vexatiously, wantonly, and for oppressive reasons by

filing a time-barred RICO claim in order to fabricate jurisdiction in this Court, and by opposing

Defendants' Motion to Dismiss the RICO claim after learning that the RICO claim was indeed

time-barred; the Court having further found on the record that Donald E. Haviland, Jr. was

responsible for these actions; and for good cause shown,

IT IS on this 25th day of July, 2013,

ORDERED that Defendants' Motion for Sanctions is granted in the amount of $2,500 to

be paid to Defendants by Donald E. Haviland, Jr.; and it is further

ORDERED that the $2,500 payment shall be forwarded to Defendants' counsel, Stephen

M. Orlofsky, Esq., within ten (10) days of the date of this order; and it is further

ORDERED that this case is CLOSED.


        /s/ Freda L. Wolfson
        The Honorable Freda L. Wolfson
        United States District Judge

ELECTRONICALLY FILED
2019 Oct 07 2:40 PM
CLERK OF COURT

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL CIRCUIT AT MEMPHIS**

---

| | |
|---|---|
| **ACUMENT GLOBAL TECHNOLOGIES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**MALLINCKRODT ARD, INC., et al**<br><br>Defendants. | **DOCKET NO. CT-2275-19**<br><br>**DIVISION: VII**<br><br>**JURY TRIAL DEMANDED** |

---

### MOTION FOR ADMISSION *PRO HAC VICE* FOR WILLIAM H. PLATT II, ESQ.

---

The undersigned counsel for Plaintiff, Acument Global Technologies, moves for permission to appear in the above-styled action *pro hac vice*, in accordance with Tennessee Supreme Court Rule 19, and would show as follows:

1.     William H. Platt II is an attorney with Haviland Hughes and he is duly licensed to practice law in the State of Pennsylvania.

2.     William H. Platt II is associated with Daniel V. Parish of Wolff Ardis, P.C., who will participate in the trial of this case. Daniel V. Parish is a practicing attorney and a member of the State Bar of Tennessee in good standing.  He resides in Tennessee and maintains an office at 5810 Shelby Oaks Drive, Memphis, Tennessee 38134.

3.     As per Tennessee Supreme Court Rule 19, attached as **EXHIBIT A** is the Affidavit of William H. Platt II containing the information required by Rule 19(d)(1)–(12).

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion for admission of William H. Platt II *pro hac vice*.

Dated: 10/7/19

Respectfully submitted,

Patrick M. Ardis, Esq. (TN BPR No. 008263)
Daniel V. Parish, Esq. (TN BPR No. 027452)
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
Ph: 901-763-3336
Fax: 901-763-3376
pardis@wolffardis.com
dparish@wolfardis.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on this the _____ day of _____, 2019:

Lanie D. Lester
William D. Irvine, Jr.
Nathan A. Bicks
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN  38103

Daniel W. Van Horn
Katryn K. Van Namen
Diana M. Comes
BUTLER SNOW LLP
6075 Poplar Ave., 5th Floor
Memphis, TN  38119

G. Patrick Watson
Lindsay Sklar Johnson
BRYAN CAVE LEIGHTON
PAISNER, LLP
1201 W. Peachtree St., 14th Floor
Atlanta, GA  30309

Herbert R. Giorgio, Jr.
BRYAN CAVE LEIGHTON
PAISNER, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Eric C. Lyttle
Michael D. Bonanno
Ethan C. Glass
Meghan A. McCaffrey
Michael Lyle
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW
Washington D.C.  20005

Bill Dillon
Daniel B. Brown
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Daniel V. Parish, Esq.

ELECTRONICALLY FILED
2019 Oct 07 2:40 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL CIRCUIT AT MEMPHIS

| | |
|---|---|
| **ACUMENT GLOBAL TECHNOLOGIES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**MALLINCKRODT ARD, INC., et al**<br><br>Defendants. | **DOCKET NO. CT-2275-19**<br><br>**DIVISION: VII**<br><br>**JURY TRIAL DEMANDED** |

STATE OF PENNSYLVANIA

COUNTY OF MONTGOMERY

### AFFIDAVIT OF WILLIAM H. PLATT II, ESQ.

Before me, the undersigned, personally appeared William H. Platt II, Esq. who after being duly sworn makes oath and states as follows:

1.        My full name is: William H. Platt II and my residence address is 4030 Walbert Avenue, Allentown, PA 18104. I am associated with the law firm of Haviland Hughes located at 201 S. Maple Way, Suite 110, Ambler, Pennsylvania 19002. My email address is platt@havilandhughes.com and my telephone number is: 215-609-4661.

2.        I seek to represent the Plaintiff, Acument Global Technologies, Inc. in the above-referenced matter.

3.        I am licensed to practice law in the state of Pennsylvania, date of admission 1999 (Attorney Id. No.: 83585).

4.        I am additionally licensed to practice before the United States District Court for the Eastern District of Pennsylvania, admitted in 2000.

I am in good standing in all jurisdictions in which I am licensed to practice law.

6.      I have never been denied admission *pro hac vice,* nor have I had an admission *pro hac vice* revoked by any court in any jurisdiction.

7.      I have never been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Tennessee, by any similar lawyer disciplinary agency in any jurisdiction, or by any similar lawyer disciplinary authority.

8.      There are no disciplinary actions or investigations concerning my conduct as a lawyer pending before the Board of Professional Responsibility of the Supreme Court of Tennessee, before any similar lawyer disciplinary agency in any jurisdiction, or before any similar lawyer disciplinary authority.

9.      I am familiar with the Tennessee Rules of Professional Conduct and the rules governing the proceedings of the Circuit Court of Shelby County, Tennessee.

10.     I consent to the disciplinary jurisdiction of the Board of Professional Responsibility of the Supreme Court of Tennessee and the courts of Tennessee in any matter arising out of my conduct as a lawyer in the above-captioned matter.  I agree to be bound by the Tennessee Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted in Tennessee.

11.     I am associated with Patrick M. Ardis, Esq. (TN BPR No. 008263) and Daniel V. Parish, Esq. (TN BPR No. 027452) of the law firm of Wolff Ardis, P.C. located at 5810 Shelby Oaks Drive, Memphis, TN 38134.  Their phone number is 901-763-3336.

12.     I have paid all fees required by this Rule in connection with the Motion for Admission.

13.     Service of the *pro hac vice* motion and all associated papers witll be made upon all counsel of record in this action and upon the Board of Professional Responsibility of the Supreme Court of Tennessee.

I declare under penalty of perjury that the foregoing is true and correct.

William H. Platt II, Esq.
*Pro Hac Vice* Applicant

Sworn to and subscribed before me this 3ʳᵈ day of October, 2019.

Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Stephanie A. Dise, Notary Public
Ambler Boro, Montgomery County
My Commission Expires April 23, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *William H. Platt II, Esq.*

**DATE OF ADMISSION**

*June 7, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 20, 2019**

Patricia A. Johnson
Chief Clerk

ELECTRONICALLY FILED
2019 Oct 09 5:16 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICAL DISTRICT AT MEMPHIS

ACUMENT GLOBAL TECHNOLOGIES, INC.,

    Plaintiff,

VS.

MALLINCKRODT ARD, INC.
*Formally known as* QUESTCOR
PHARMACEUTICALS, INC.;

MALLINCKRODT PLC;

EXPRESS SCRIPTS HOLDING
COMPANY;

EXPRESS SCRIPTS, INC.;

CURASCRIPT, INC., *doing business as*
CURASCRIPT, SD.;

PRIORITY HEALTHCARE CORP. AND
PRIORITY HEALTHCARE
DISTRIBUTION, INC. *doing business as*
CURASCRIPT SD AND CURASCRIPT
SPECIALTY DISTRIBUTION SD
*respectively*;

ACCREDO HEALTH GROUP, INC.;

UNTIED BIOSOURCE CORPORATION;

*and*

JAMES A. TUMLIN. M.D.,

    Defendants.

NO.  CT-2275-19
JURY TRIAL DEMANDED

---

## NOTICE OF APPEARANCE

---

1

Please take notice that Kirk A. Caraway of the law firm Allen, Summers, Simpson, Lillie & Gresham, PLLC, hereby appears as counsel of record for Defendant James A. Tumlin, M.D. in the above-captioned matter.

This is merely a Notice of Appearance; all defenses, jurisdictional or otherwise, are hereby reserved.

Respectfully Submitted,

KIRK A. CARAWAY    (#18578)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
Attorneys for Defendant for James A. Tumlin, M.D.
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

## <u>CERTIFICATE OF SERVICE</u>

I, Kirk A. Caraway, do hereby certify that a copy of the foregoing was forwarded, via U.S. Mail, postage prepaid, on this the 9th day of October , 2019 , to Attorneys:

DANIEL W. VAN HORN
DIANA M. COMES
KATHRYN K. VAN NAMEN
Butler Snow, LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

NATHAN A. BICKS, ESQ.
WILLIAM D. IRVINE, JR., ESQ.
LANI D. LESTER
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

DANIEL B. BROWN, ESQ
Taylor English Duma, LLC
1600 Parkwood Circle, SE., Suite 200
Atlanta, Georgia 30339

DONALD E. HAVILAND, JR., ESQ.
WILLIAM H. PLATT, ESQ
Haviland Hughes
201 South Maple Way, suite 110
Ambler, Pennsylvania 19002

PATRICK M. ARDIS, ESQ.
DANIEL V. PARISH, ESQ.
Wolf Ardis, P.C.
5810 Summer Oaks Drive
Memphis, Tennessee 38134

KIRK A. CARAWAY

3

ELECTRONICALLY FILED
2019 Oct 10 11:14 AM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICAL DISTRICT AT MEMPHIS

ACUMENT GLOBAL TECHNOLOGIES, INC.,

    Plaintiff,

VS.

MALLINCKRODT ARD, INC.
*Formally known as* QUESTCOR
PHARMACEUTICALS, INC.;

MALLINCKRODT PLC;

EXPRESS SCRIPTS HOLDING
COMPANY;

EXPRESS SCRIPTS, INC.;

CURASCRIPT, INC., *doing business as*
CURASCRIPT, SD.;

PRIORITY HEALTHCARE CORP. AND
PRIORITY HEALTHCARE
DISTRIBUTION, INC. *doing business as*
CURASCRIPT SD AND CURASCRIPT
SPECIALTY DISTRIBUTION SD
*respectively*;

ACCREDO HEALTH GROUP, INC.;

UNTIED BIOSOURCE CORPORATION;

and

JAMES A. TUMLIN. M.D.,

    Defendants.

NO.  CT-2275-19
JURY TRIAL DEMANDED

---

### DEFENDANT JAMES A. TUMLIN, M.D.'S MOTION TO ADMIT WILLIAM DANIEL DILLON TO PRACTICE PRO HAC VICE

---

1

Defendant James A. Tumlin, M.D. ("Dr. Tumlin"), pursuant to Rule 19, Rules of the Supreme Court of the State of Tennessee, respectfully moves the Court for the admission of William Daniel Dillon, *pro hac vice* as co-counsel for Defendant, Dr. Tumlin, in this cause.

In support of this Motion, applicant, William Daniel Dillon, has executed an affidavit submitted to the Court, and provided a Certificate of Good Standing from the Supreme Court of Georgia (the place of Mr. Dillon's principal practice), as well as Certificates of Good Standing from the Supreme Court of Alabama and the Clerk of the District of Columbia Court of Appeals, all of which are attached to the Memorandum submitted contemporaneously with this Motion. In addition, the applicant has associated a lawyer who is licensed in Tennessee, in good standing, and who resides and maintains a law office in Memphis, Tennessee. The required fee for *pro hac vice* admission in the State of Tennessee has been submitted to the Tennessee Board of Professional Responsibility (TBPR) together with a copy of this Motion, William Daniel Dillon's affidavit, certificates and related papers.

For the foregoing reasons, and consistent with the legal authorities cited in the accompanying Memorandum of law, as well as the exhibits thereto, Defendant Dr. Tumlin respectfully requests the Court grant this Motion in its entirety.

Respectfully Submitted,

KIRK A. CARAWAY (#18578)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
Attorneys for Defendant James A. Tumlin, M.D.
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

## CERTIFICATE OF CONSULTATION

I, Kirk A. Caraway, hereby certify that, pursuant to the Local Rules of the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, I consulted with all counsel of record via email on *October* *10*, 2019, regarding the foregoing *Defendant James A. Tumlin, M.D.'s Motion to Admit William Daniel Dillon to Practice Pro Hac Vice*. Counsel had no opposition to the relief being sought in this Motion.

_____

KIRK A. CARAWAY

## CERTIFICATE OF SERVICE

I, Kirk A. Caraway, do hereby certify that a copy of the foregoing *Motion* was forwarded, via U.S. Mail, postage prepaid, on this the *16th* day of *October*, *2019*, to Attorneys:

DANIEL W. VAN HORN
DIANA M. COMES
KATHRYN K. VAN NAMEN
Butler Snow, LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

NATHAN A. BICKS, ESQ.
WILLIAM D. IRVINE, JR., ESQ.
LANI D. LESTER
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

DANIEL B. BROWN, ESQ
Taylor English Duma, LLC
1600 Parkwood Circle, SE., Suite 200
Atlanta, Georgia 30339

DONALD E. HAVILAND, JR., ESQ.
WILLIAM H. PLATT, ESQ
Haviland Hughes
201 South Maple Way, suite 110
Ambler, Pennsylvania 19002

PATRICK M. ARDIS, ESQ.
DANIEL V. PARISH, ESQ.
Wolf Ardis, P.C.
5810 Summer Oaks Drive
Memphis, Tennessee 38134

_____

KIRK A. CARAWAY

3

ELECTRONICALLY FILED
2019 Oct 10 11:14 AM
CLERK OF COURT

# IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICAL DISTRICT AT MEMPHIS

ACUMENT GLOBAL TECHNOLOGIES, INC.,

    Plaintiff,

VS.

MALLINCKRODT ARD, INC.
*Formally known as* QUESTCOR
PHARMACEUTICALS, INC.;

MALLINCKRODT PLC;

EXPRESS SCRIPTS HOLDING
COMPANY;

EXPRESS SCRIPTS, INC.;

CURASCRIPT, INC., *doing business as*
CURASCRIPT, SD.;

PRIORITY HEALTHCARE CORP. AND
PRIORITY HEALTHCARE
DISTRIBUTION, INC. *doing business as*
CURASCRIPT SD AND CURASCRIPT
SPECIALTY DISTRIBUTION SD
*respectively*;

ACCREDO HEALTH GROUP, INC.;

UNTIED BIOSOURCE CORPORATION;

*and*

JAMES A. TUMLIN. M.D.,

    Defendants.

NO.  CT-2275-19
JURY TRIAL DEMANDED

---

## MEMORANDUM IN SUPPORT OF DEFENDANT JAMES A. TUMLIN, M.D.'S MOTION TO ADMIT WILLIAM DANIEL DILLON TO PRACTICE PRO HAC VICE

---

1

COMES NOW the Defendant James A. Tumlin, M.D. ("Dr. Tumlin"), pursuant to Rule 19 of the Supreme Court of Tennessee, and respectfully moves this Court for the admission of William Daniel Dillon, *pro hac vice* as co-counsel for Defendant in this case.

## I.   FACTS

The instant lawsuit was filed on May 21, 2019, alleging violation of the Tennessee Trade Practices Act, as well as other causes of action. On October 9, 2019, undersigned counsel filed a Notice of Appearance on behalf of Defendant James A. Tumlin, M.D.

Attorney Kirk Caraway of the Allen Summers firm was retained as local counsel to represent Defendant Dr. Tumlin in this case, and Dr. Tumlin would like for William Daniel Dillon to be involved in that representation. Mr. Dillon is licensed in Georgia, Alabama, and the District of Columbia, but not Tennessee.

## II.   LAW AND ARGUMENT

The practice of law in Tennessee is a privilege and comes with "the duty ... to act at all time, both professionally and personally, in conformity with the standards imposed upon members of the bar as conditions for the privilege to practice law." <u>Tri-Cities Holdings, LLC v. Tenn. Health Servs. And Dev. Agency</u>, 2016 Tenn. App. LEXIS 135, *18 (Tenn. Ct. App. 2016); Tenn. Sup. Ct. R. 9, § 1. *Rule 19 of the Rules of the Tennessee Supreme Court* governs the admission of attorneys licensed out of state. That Rule reads, in pertinent part:

> A lawyer not licensed to practice law in Tennessee, licensed in another United States jurisdiction, and who resides outside Tennessee shall be permitted to appear *pro hac vice*, file pleadings, motions, briefs, and other papers and to fully participate in a particular proceeding before a trail or appellate court of Tennessee, I or in a contested case proceeding or agency (hereinafter "agency"), if the lawyer complies with the following conditions:
>
> (a)   A lawyer not licensed to practice law in Tennessee and who resides outside Tennessee is eligible for admission *pro hac vice* in a particular pending before of the State of Tennessee:

2

(1) if the lawyer is licensed, in good standing, and admitted to practice before the court of last resort in another state or territory of the United States or the District of Columbia in which the lawyer maintains a residence or an office for the practice of law;

(2) if the lawyer is in good standing in all other jurisdiction in which the lawyer is licensed to practice law; and

(3) is the lawyer has been retained by a client to appear in the proceeding pending before the court or agency

*** 

(c.)     A lawyer admitted *pro hac vice* under this Rule may not continue to so appear unless all requirements of the Rule continue to be met. Admission granted under this Rule may be revoked by the court or agency granting such admission upon appropriate notice to the lawyer and upon an affirmative finding by the court or agency that the lawyer has ceased to satisfy the requirements of this Rule. In any proceeding in which a court or agency revokes an admission *pro hac vice*, the court or agency shall set forth findings of fact and conclusions of law that constitute the grounds for its action; in addition, the court or agency shall send a copy of the order revoking the admission *pro hac vice* to the Board of Professional Responsibility of the Supreme Court of Tennessee.

Tenn. Sup. Ct. R. 19.

Tennessee Supreme Court Rule 19 sets forth multifarious requirements for a lawyer to obtain permission to appear *pro hac vice*, including the completion and submission of numerous forms, the submission of an Affidavit, the filing of a certificate of good standing, the payment of fees, and licensure in good standing in another state.

In support of this Motion, Defendant Dr. Tumlin has attached the Affidavit of William Daniel Dillon, which addresses the issues required by Tennessee Supreme Court Rule 19. (William Daniel Dillon Affidavit, attached hereto as Exhibit 1). Moreover, attached to Mr. Dillon's Affidavit are Certificates of Good Standing from the Supreme Court of Georgia, the Supreme Court of Alabama and the Clerk of the District of Columbia Court of Appeals. Mr. Dillon has associated a lawyer who is licensed in Tennessee, in good standing, and who resides and maintains a law office in Memphis, Tennessee. The required fee for *pro hac vice* admission

3

in the State of Tennessee has been submitted to the Tennessee Board of Professional Responsibility, together with a copy of the Motion, Mr. Dillon's Affidavit, certificates, and related papers. Moreover, none of the Parties oppose the relief being sought in this Motion. Therefore, the requirements of Tennessee Supreme Court Rule 19 are met, and Mr. Dillon should be admitted to practice before this Court *pro hac vice*.

### III.   CONCLUSION

For all the reasons listed above, Defendant Dr. Tumlin respectfully requests that the Court grant this Motion in its entirety.

Respectfully Submitted,

_____
KIRK A. CARAWAY (#18578)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
Attorneys for Defendant James A. Tumlin, M.D.
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

4

## <u>CERTIFICATE OF SERVICE</u>

I, Kirk A. Caraway, do hereby certify that a copy of the foregoing was forwarded, via U.S. Mail, postage prepaid, on this the _____ day of _____, _____, to Attorneys:

DANIEL W. VAN HORN
DIANA M. COMES
KATHRYN K. VAN NAMEN
Butler Snow, LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

NATHAN A. BICKS, ESQ.
WILLIAM D. IRVINE, JR., ESQ.
LANI D. LESTER
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

DANIEL B. BROWN, ESQ
Taylor English Duma, LLC
1600 Parkwood Circle, SE., Suite 200
Atlanta, Georgia 30339

DONALD E. HAVILAND, JR., ESQ.
WILLIAM H. PLATT, ESQ
Haviland Hughes
201 South Maple Way, suite 110
Ambler, Pennsylvania 19002

PATRICK M. ARDIS, ESQ.
DANIEL V. PARISH, ESQ.
Wolf Ardis, P.C.
5810 Summer Oaks Drive
Memphis, Tennessee 38134

KIRK A. CARAWAY

ELECTRONICALLY FILED
2019 Oct 10 11:14 AM
CLERK OF COURT

AFFIDAVIT OF _____WILLIAM D. DILLON_____
*(Pro Hac Vice Applicant)*

STATE OF ___GEORGIA___

COUNTY OF ___COBB___

Before me, the undersigned, personally appeared ___William D. Dillon___,
*(Pro Hac Vice Applicant)*
who after being duly sworn makes oath and states as follows:

(1)   My full name is: ___William Daniel Dillon___

My residence address is: ___1842 Queens Way, Chamblee, GA  30341___

My firm name is: ___Taylor English Duma LLP___

My office address is: ___1600 Parkwood Circle, Suite 200, Atlanta, GA 30339___

My email address is: ___bdillon@taylorenglish.com___

My telephone number is: ___404-640-5934___

Other jurisdictions licensed & registration/identifying numbers are:

Alabama Bar (ASB-5653-L71W); Georgia Bar (222410); District of

Columbia Bar (1029221)

Full name or style of case in which I seek to appear:

Acument Global Technologies, Inc. v. Mallinckrodt ARD, Inc., f/k/a/ Questcor Pharmaceuticals, Inc.,

et al.; Shelby County Circuit Court, Thirtieth Judicial Circuit Case No. CT-2275-19, Div. VII

Name of the client or clients I seek to represent:

James A. Tumlin, M.D.

(2)   The jurisdiction(s) in which licensed to practice law, with date(s) of admission:

Alabama- Sept. 28, 1987; Georgia- June 11, 1990; District of Columbia- Dec. 7, 2015

–1–



Any other courts in which admitted to practice, with date(s) of admission:

U.S. District Court for the Northern District of Georgia- admitted July 2, 1990

Statement of good standing in all other jurisdictions in which applicant is licensed to practice law:

(3)  Full name or style of each case in which applicant was previously admitted or sought to be admitted *pro hac vice* in any trial or appellate court of Tennessee within the preceding three years, date of any such admission or the date of any such motion that was filed but not granted, and the status of any such case in which not admitted:

None

(4)  Statement concerning whether the applicant lawyer has previously been denied admission *pro hac vice* or has had an admission *pro hac vice* revoked by any court in any jurisdiction and, if so, a full description of the circumstances, including the full name or style of the case:

None

(5)  Statement concerning whether the applicant lawyer has ever been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Tennessee, by any similar lawyer disciplinary agency in any jurisdiction, or by any similar lawyer disciplinary authority and, if so, a full description of the circumstances, including the full name or style of the matter:

None

(6)   Statement concerning whether any disciplinary action or investigation concerning the applicant lawyer's conduct is pending before the Board of Professional Responsibility of the Supreme Court of Tennessee, before any similar lawyer disciplinary agency in any jurisdiction, or before any similar lawyer disciplinary authority and, if so, a full description of the circumstances, including the full name or style of the matter:

Not Applicable

(7)   Statement that the applicant lawyer is familiar with the Tennessee Rules of Professional Conduct and the rules governing the proceedings of the court before which the lawyer seeks to practice:

Yes, I am familiar with the Tennessee Rules of Professional Conduct and the rules of the

Circuit Court of Shelby County, Tennessee.

(8)   Statement that the applicant lawyer consents to the disciplinary jurisdiction of the Board of Professional Responsibility of the Supreme Court of Tennessee and the courts of Tennessee in any matter arising out of the lawyer's conduct in the proceeding and that the lawyer agrees to be bound by the Tennessee Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted in Tennessee:

I agree.

(9)   Tennessee lawyer with whom the applicant lawyer is associated:

Name: Kirk A. Caraway of ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM PLLC

Address:  80 Monroe Ave., Suite 650, Memphis, TN  38103

Telephone No.: (901) 763-4200    TN BPR No.:  018578

(10)  Statement that the applicant lawyer has paid all fees required by this Rule in connection with the motion for admission:

I have paid all required fees associated with the Motion for Admission *Pro Hac Vice.*

–3–

(11) At the option of the applicant lawyer, any other information supporting the lawyer's admission:
I served as a federal prosecutor for 24 years and did substantial work in the Eastern District of Tennessee between 1988 and 1993, but was not required to be specifically admitted because of my federal employment.

(12) Statement indicating service of the *pro hac vice* motion and all associated papers upon all counsel of record in the proceeding and upon the Board of Professional Responsibility of the Supreme Court of Tennessee:

I have served the *Pro Hac Vice* Motion on opposing counsel and upon the Board of Professional

Responsibility of the Supreme Court of Tennessee.

(13) A certificate of good standing from the court of last resort of the licensing jurisdiction in which the applicant principally practices, or resides, is <u>attached as an Exhibit</u> to this affidavit and incorporated herein.

I declare under penalty of perjury that the foregoing is true and correct.

_____
*Pro Hac Vice* Applicant

Sworn to and subscribed before me this _8th_ day of ___October___, 20_19_.

_____
Notary Public

My commission expires: _10-12-2021_

-4-



**Supreme Court**
**State of Georgia**

STATE JUDICIAL BUILDING

**Atlanta 30334**

HAROLD D. MELTON, CHIEF JUSTICE
DAVID E. NAHMIAS, PRESIDING JUSTICE
ROBERT BENHAM
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
SARAH HAWKINS WARREN
CHARLES J. BETHEL
JOHN J. ELLINGTON
    JUSTICES

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

August 27, 2019

I hereby certify that William Daniel Dillon, Esq., was admitted on the 18th day of September, 1990, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that _____William Daniel Dillon_____

was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 28, 1987_____ and is now an attorney in good standing at the  Bar of this Court, as shown by the records of said Court on file in this office.

I further certify  that the Supreme Court of Alabama  is the highest court of record  in this State.

Done on _____August 21, 2019_____

with the seal of  the Supreme Court of Alabama attached.



_____

Julia Jordan Weller, Clerk
Supreme Court of Alabama



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*William Daniel Dillon*

was duly qualified and admitted on December 7, 2015 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August
27, 2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

ELECTRONICALLY FILED
2019 Oct 10 2:30 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| ACUMENT GLOBAL TECHNOLOGIES, INC., | Docket No. CT-2275-19 |
| Plaintiff, | Division VII |
| vs. | |
| MALLINCKRODT ARD INC. *et al*, | |
| Defendants. | |

### NOTICE OF APPEARANCE

Daniel W. Van Horn, of Butler Snow LLP, 6075 Poplar Avenue, Suite 500, Memphis, Tennessee 38119, hereby enters his appearance as counsel for Defendant Mallinckrodt Ard Inc. and Defendant Mallinckrodt PLC.

This the 10th day of October, 2019.

Respectfully Submitted,

By: _____

Daniel W. Van Horn (TN Bar No. 18940)
Diana M. Comes (TN Bar No. 30112)
Kathryn K. Van Namen (TN Bar No. 31322)
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: 901.680.7200
Facsimile: 901.680.7201
Danny.VanHorn@butlersnow.com
Diana.Comes@butlersnow.com
Kate.VanNamen@butlersnow.com
*Attorneys for Defendants*

49636388.v1

## CERTIFICATE OF SERVICE

I, Daniel W. Van Horn, attorney for Defendants, certify that a true and correct copy of the

foregoing motion has been sent as follows:

via U.S. Mail, postage prepaid, this 10th day of October 2019, to the following:

| | |
|---|---|
| Patrick M. Ardis, Esq.<br>Daniel V. Parish, Esq.<br>**WOLF ARDIS, P.C.**<br>5810 Summer Oaks Drive<br>Memphis, Tennessee 38134<br>pardis@wolfardis.com<br>cchockley@wolfardis.com<br>dparish@wolfardis.com | Daniel B. Brown, Esq.<br>**TAYLOR ENGLISH DUMA, LLC**<br>1600 Parkwood Circle, SE<br>Suite 200<br>Atlanta, GA 30339<br>dbrown@taylorenglish.com<br><br>*Counsel for James A Tumlin, M.D.* |
| Donald E. Haviland, Jr., Esq.<br>William H. Platt II, Esq.<br>**HAVILAND HUGHES**<br>201 S. Maple Way, Suite 110<br>Ambler, PA 19002<br>haviland@havilandhuges.com<br>platt@havilandhuges.com<br><br>*Counsel for Plaintiff Acument Global Technologies, Inc.* | Nathan A. Bicks, Esq.<br>William D. Irvine, Jr., Esq.<br>Lani D. Lester, Esq.<br>**BURCH, PORTER & JOHNSON, PLLC**<br>130 North Court Avenue<br>Memphis, TN 38103<br>nbicks@bpjlaw.com<br>wirvine@bpjlaw.com<br>llester@bpjlaw.com<br><br>*Counsel for Express Scripts Defendants* |

Daniel W. Van Horn

2

ELECTRONICALLY FILED
2019 Oct 10 2:36 PM
CLERK OF COURT

# IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| ACUMENT GLOBAL TECHNOLOGIES, INC., | Docket No. CT-2275-19 |
| **Plaintiff,** | Division VII |
| vs. | |
| MALLINCKRODT ARD INC. *et al*, | |
| **Defendants.** | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF SONIA KUESTER PFAFFENROTH

Defendant Mallinckrodt Ard Inc. and Defendant Mallinckrodt plc (collectively "Mallinckrodt"), by and through local counsel Daniel W. Van Horn of Butler Snow LLP, move this Honorable Court for an order admitting Sonia Kuester Pfaffenroth, a partner with the law firm of Arnold & Porter, to appear on their behalf in this action *pro hac vice*. An affidavit from Ms. Pfaffenroth is attached as **Exhibit 1**.

Submitted this the 10th day of October, 2019.

49528771.v1

Respectfully Submitted,

By: _____
Daniel W. Van Horn (TN Bar No. 18940)
Diana M. Comes (TN Bar No. 30112)
Kathryn K. Van Namen (TN Bar No. 31322)
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone:  901.680.7200
Facsimile:  901.680.7201
Danny.VanHorn@butlersnow.com
Diana.Comes@butlersnow.com
Kate.VanNamen@butlersnow.com
*Attorneys for Defendants*

## CERTIFICATE OF CONSULTATION

I, Daniel W. Van Horn, attorney for Defendants, certify that I conferred by electronic mail with all counsel, on October 7, 2019, regarding the relief that this motion requests.  Plaintiff does not oppose the requested relief.

_____
Daniel W. Van Horn

2

## CERTIFICATE OF SERVICE

I, Daniel W. Van Horn, attorney for Defendants, certify that a true and correct copy of the foregoing motion has been sent as follows:

via U.S. Mail, postage prepaid, this 10th day of October 2019, to the following:

| | |
|---|---|
| Patrick M. Ardis, Esq.<br>Daniel V. Parish, Esq.<br>**WOLF ARDIS, P.C.**<br>5810 Summer Oaks Drive<br>Memphis, Tennessee 38134<br>pardis@wolfardis.com<br>cchockley@wolfardis.com<br>dparish@wolfardis.com | Daniel B. Brown, Esq.<br>**TAYLOR ENGLISH DUMA, LLC**<br>1600 Parkwood Circle, SE<br>Suite 200<br>Atlanta, GA 30339<br>dbrown@taylorenglish.com<br><br>*Counsel for James A Tumlin, M.D.* |
| Donald E. Haviland, Jr., Esq.<br>William H. Platt II, Esq.<br>**HAVILAND HUGHES**<br>201 S. Maple Way, Suite 110<br>Ambler, PA 19002<br>haviland@havilandhuges.com<br>platt@havilandhuges.com<br><br>*Counsel for Plaintiff Acument Global Technologies, Inc.* | Nathan A. Bicks, Esq.<br>William D. Irvine, Jr., Esq.<br>Lani D. Lester, Esq.<br>**BURCH, PORTER & JOHNSON, PLLC**<br>130 North Court Avenue<br>Memphis, TN 38103<br>nbicks@bpjlaw.com<br>wirvine@bpjlaw.com<br>llester@bpjlaw.com<br><br>*Counsel for Express Scripts Defendants* |

and via FedEx Overnight Delivery, this 10th day of October 2019, to the following:

Tennessee Board of Professional Responsibility
10 Cadillac Drive, Suite 200
Brentwood, TN 37027

Daniel W. Van Horn

3

49528771.v1

ELECTRONICALLY FILED
2019 Oct 10 2:37 PM
CLERK OF COURT

# Exhibit 1

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

---

**ACUMENT GLOBAL**
**TECHNOLOGIES, INC.,**

                **Plaintiff,**

        **vs.**

**MALLINCKRODT ARD INC.,**

             **Defendants.**

        **Docket No. CT-2275-19**

        **Division VII**

---

**AFFIDAVIT OF SONIA KUESTER PFAFFENROTH IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

---

District of Columbia


      Before me, the undersigned, personally appeared Sonia Kuester Pfaffenroth, who after being duly sworn makes oath and states as follows:

      1.      I am an adult resident of the District of Columbia.  I have personal knowledge of the facts stated in this affidavit and know them to be true and correct.

      2.      I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of Sonia Kuester Pfaffenroth to practice before this court in the case of *Acument Global Technologies, Inc. v. Mallinckrodt Ard Inc.*, Docket No. CT-2275-19.

      3.      I am a partner with the law firm of Arnold & Porter, 601 Massachusetts Ave., NW, Washington,    DC    20001-3743,    Telephone:    (202)    942-6831,    E-mail: sonia.pfaffenroth@arnoldporter. com.  My residence address is:  5310 Reno Road, N.W., Washington, D.C. 20015.  I am licensed to practice law and have been a member in good standing

49528785.v1

of the Bar of the District of Columbia since 2006 (Attorney No. 467946).  I am also admitted to practice in the State of California (Attorney No. 223984).  I am also admitted to practice and in good standing before the following courts:

    (a)      U.S. District Court for the Northern District of California - 2003

    (b)      U.S. District Court for the District of Columbia - 2005

    (c)      U.S. District Court for the Eastern District of Michigan - 2019

    (d)      U.S. District Court for the Central District of California - 2019

4.     I am not presently, and never have been, involved in disciplinary, disbarment, or suspension proceedings in any court, jurisdiction, or state.

5.     I intend to associate in this matter with attorneys familiar with the laws of the State of Tennessee and the procedures of this Court.

6.     I have not been admitted, nor sought to be admitted, *pro hac vice* in any trial or appellate court of Tennessee within the preceding three years.

7.     I have not been denied *pro hac vice* admission or had a *pro hac vice* admission revoked by any court in any jurisdiction.

8.     I seek leave to appear *pro hac vice* in the above-titled cause for purposes of representing Defendants Mallinckrodt Ard Inc. and Mallinckckrodt plc (collectively "Mallinckrodt")..

9.     I am familiar with the Tennessee Rules of Professional Conduct and the rules governing the proceedings of this court.

10.    I consent to the disciplinary jurisdiction of the Board of Professional Responsibility of the Supreme Court of Tennessee and the courts of Tennessee in any matter arising out of my

conduct in this proceeding.  I also agree to be bound by the Tennessee Rules of Professional

Conduct and any other rules of conduct applicable to lawyers generally admitted to Tennessee.

11.    The Tennessee lawyer with whom I will be associated is:

> Daniel W. Van Horn (TN Bar No. 18940)
> Butler Snow LLP
> Crescent Center
> 6075 Poplar Avenue
> Suite 500
> Memphis TN 38119
> Telephone:  901.680.7200
> Facsimile:  901.680.7201
> danny.vanhorn@butlersnow.com

12.    I have paid all fees required in connection with this motion for admission and a

copy of the check that I submitted to the Tennessee Board of Professional Responsibility is

attached as **Exhibit A**.

13.    Attached as **Exhibit B** is a certificate of good standing from the District of

Columbia Court of Appeals.

14.    I declare under penalty of perjury that the foregoing is true and correct.



Sonia Kuester Pfaffenroth
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:  (202) 942-6831
Fax:  (202) 942-5999
E-mail:  sonia.pfaffenroth@arnoldporter.com



3

49528785.v1

Subscribed and sworn to before me
this ___4th___ day of ___October___, 2019.

_____

Notary Public, State of DC
My commission expires: _4/14/2022_

4

# Exhibit A

# Arnold & Porter

Wells Fargo, N.A.                                         10391500          11-24
                                                                            1210

Arnold & Porter Kaye Scholer LLP                          Date      October 9, 2019
601 Massachusetts Ave, NW
Washington, DC 20001-3743

PAY   ONE HUNDRED SEVENTY AND 00/100                      DOLLARS   $ 170.00

PAY
TO        Board of Professional Responsibility of the Supreme Court of Tennessee
THE       10 Cadillac Drive, suite 220
ORDER     Brentwood, TN  37027tn
OF
                                                              VOID AFTER 180 DAYS

                                              SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

⑈"⑊0391500"⑈ ⑊:⑈2⑊000248⑈: 4706599651⑈"

| Invoice # | Invoice Date | Amount | Narrative | October 9, 2019 | 10391500 |
|-----------|--------------|--------|-----------|-----------------|----------|
| 10082019A | Oct 08/19 | $170.00 | Shemaiah Strickland | | |

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

* R 2 1 2 0 9 4 9 *

APOI (1/17)

# Exhibit B



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Sonia Kuester Pfaffenroth*

was duly qualified and admitted on February 27, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 8, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

ELECTRONICALLY FILED
2019 Oct 10 2:38 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| **ACUMENT GLOBAL TECHNOLOGIES, INC.,** | **Docket No. CT-2275-19** |
| **Plaintiff,** | **Division VII** |
| **vs.** | |
| **MALLINCKRODT ARD INC.** *et al*, | |
| **Defendants.** | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF LAURA SHORES

Defendant Mallinckrodt Ard Inc. and Defendant Mallinckrodt plc (collectively "Mallinckrodt"), by and through local counsel Daniel W. Van Horn of Butler Snow LLP, move this Honorable Court for an order admitting Laura Shores, counsel with the law firm of Arnold & Porter, to appear on their behalf in this action *pro hac vice*. An affidavit from Ms. Shores is attached as **Exhibit 1**.

Submitted this the 10th day of October, 2019.

49536930.v1

Respectfully Submitted,

By: _____

Daniel W. Van Horn (TN Bar No. 18940)
Diana M. Comes (TN Bar No. 30112)
Kathryn K. Van Namen (TN Bar No. 31322)
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone:  901.680.7200
Facsimile:  901.680.7201
Danny.VanHorn@butlersnow.com
Diana.Comes@butlersnow.com
Kate.VanNamen@butlersnow.com
*Attorneys for Defendants*

## CERTIFICATE OF CONSULTATION

I, Daniel W. Van Horn, attorney for Defendants, certify that I conferred by electronic

mail with all counsel, on October 7, 2019, regarding the relief that this motion requests.  Plaintiff

does not oppose the requested relief.

_____

Daniel W. Van Horn

2

49536930.v1

## CERTIFICATE OF SERVICE

I, Daniel W. Van Horn, attorney for Defendants, certify that a true and correct copy of the

foregoing motion has been sent as follows:

via U.S. Mail, postage prepaid, this 10th day of October 2019, to the following:

| | |
|---|---|
| Patrick M. Ardis, Esq.<br>Daniel V. Parish, Esq.<br>**WOLF ARDIS, P.C.**<br>5810 Summer Oaks Drive<br>Memphis, Tennessee 38134<br>pardis@wolfardis.com<br>cchockley@wolfardis.com<br>dparish@wolfardis.com | Daniel B. Brown, Esq.<br>**TAYLOR ENGLISH DUMA, LLC**<br>1600 Parkwood Circle, SE<br>Suite 200<br>Atlanta, GA 30339<br>dbrown@taylorenglish.com<br><br>*Counsel for James A Tumlin, M.D.* |
| Donald E. Haviland, Jr., Esq.<br>William H. Platt II, Esq.<br>**HAVILAND HUGHES**<br>201 S. Maple Way, Suite 110<br>Ambler, PA 19002<br>haviland@havilandhuges.com<br>platt@havilandhuges.com<br><br>*Counsel for Plaintiff Acument Global Technologies, Inc.* | Nathan A. Bicks, Esq.<br>William D. Irvine, Jr., Esq.<br>Lani D. Lester, Esq.<br>**BURCH, PORTER & JOHNSON, PLLC**<br>130 North Court Avenue<br>Memphis, TN 38103<br>nbicks@bpjlaw.com<br>wirvine@bpjlaw.com<br>llester@bpjlaw.com<br><br>*Counsel for Express Scripts Defendants* |

and via FedEx Overnight Delivery, this 10th day of October 2019, to the following:

Tennessee Board of Professional Responsibility
10 Cadillac Drive, Suite 200
Brentwood, TN 37027

Daniel W. Van Horn

49536930.v1

ELECTRONICALLY FILED
2019 Oct 10 2:39 PM
CLERK OF COURT

# Exhibit 1

**IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

---

**ACUMENT GLOBAL**
**TECHNOLOGIES, INC.,**

                    **Plaintiff,**

                                                    **Docket No. CT-2275-19**

          **vs.**

                                                    **Division VII**

**MALLINCKRODT ARD INC.,**

                    **Defendants.**

---

**AFFIDAVIT OF LAURA SHORES IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

---

District of Columbia


        Before me, the undersigned, personally appeared Laura Shores, who after being duly sworn

makes oath and states as follows:

        1.        I am an adult resident of the District of Columbia.  I have personal knowledge of

the facts stated in this affidavit and know them to be true and correct.

        2.        I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of

Laura Shores to practice before this court in the case of *Acument Global Technologies, Inc. v.*

*Mallinckrodt Ard Inc.*, Docket No. CT-2275-19.

        3.        I am a partner with the law firm of Arnold & Porter, 601 Massachusetts Ave., NW,

Washington, DC 20001-3743, Telephone:  (202) 942-6855, E-mail:  laura.shores@arnoldporter.

com.  My residence address is:  4711 32nd Street, N.W., Washington, D.C. 20008.  I am licensed

to practice law and have been a member in good standing of the Bar of the District of Columbia

49528785.v1

since 04/17/1990 (Attorney No. 42358). I am also admitted to practice in the State of Alabama (Attorney No. N/A). I am also admitted to practice and in good standing before the following courts:

    (a)       U.S. District Court for the District of Columbia - 1991

    (b)       U.S. Court of Appeals for the Fourth Circuit - 1992

    (c)       U.S. Court of Appeals for the Third Circuit - 1995

    (d)       U.S. District Court for the Eastern District of Arkansas - 1997

    (e)       U.S. Court of Appeals for the Eighth Circuit - 1998

    (f)       U.S. Supreme Court - 1999

    (g)       U.S. District Court for the Eastern District of Michigan - 2011

4.      I am not presently, and never have been, involved in disciplinary, disbarment, or suspension proceedings in any court, jurisdiction, or state.

5.      I intend to associate in this matter with attorneys familiar with the laws of the State of Tennessee and the procedures of this Court.

6.      I have not been admitted, nor sought to be admitted, *pro hac vice* in any trial or appellate court of Tennessee within the preceding three years.

7.      I have not been denied *pro hac vice* admission or had a *pro hac vice* admission revoked by any court in any jurisdiction.

8.      I seek leave to appear *pro hac vice* in the above-titled cause for purposes of representing Defendants Mallinckrodt Ard Inc. and Mallinckckrodt plc (collectively "Mallinckrodt")..

9.      I am familiar with the Tennessee Rules of Professional Conduct and the rules governing the proceedings of this court.

2

49528785.v1

10.     I consent to the disciplinary jurisdiction of the Board of Professional Responsibility of the Supreme Court of Tennessee and the courts of Tennessee in any matter arising out of my conduct in this proceeding.  I also agree to be bound by the Tennessee Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted to Tennessee.

11.     The Tennessee lawyer with whom I will be associated is:

> Daniel W. Van Horn (TN Bar No. 18940)
> Butler Snow LLP
> Crescent Center
> 6075 Poplar Avenue
> Suite 500
> Memphis TN 38119
> Telephone:  901.680.7200
> Facsimile:  901.680.7201
> danny.vanhorn@butlersnow.com

11.     I have paid all fees required in connection with this motion for admission and a copy of the check that I submitted to the Tennessee Board of Professional Responsibility is attached as **Exhibit A**.

12.     Attached as **Exhibit B** is a certificate of good standing from the District of Columbia Court of Appeals.

13.     I declare under penalty of perjury that the foregoing is true and correct.



Laura Shores
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:  (202) 942-6855
Fax:  (202) 942-5999
E-mail:  laura.shores@arnoldporter.com

3

49528785.v1

Subscribed and sworn to before me
this 3 day of Oct. , 2019.

Notary Public, State of _____
My commission expires: ___03.31.24



4

# Exhibit A

# Arnold&Porter

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Wells Fargo, N.A.

10391499   11-24
1210

Date   October 9, 2019

PAY   ONE HUNDRED SEVENTY AND 00/100

DOLLARS   $170.00

PAY
TO
THE
ORDER
OF

Board of Professional Responsibility of the Supreme Court of Tennessee
10 Cadillac Drive, suite 220
Brentwood, TN  37027tn

VOID AFTER 180 DAYS

SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

⑈10391499⑈ ⑆121000248⑆ 706599651⑈

| Invoice # | Invoice Date | Amount | Narrative | | |
|---|---|---|---|---|---|
| 10082019B | Oct 08/19 | $170.00 | Shemaiah Strickland | October 9, 2019 | 10391499 |

★ R 2 1 2 0 9 4 8 ★

APOI (1/17)

# Exhibit B



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Laura S Shores*

was duly qualified and admitted on April 17, 1990 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
September 19, 2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership